IN THE SUPREME COURT

Disposition of Petitions for Discretionary Review Under G.S. 7A-31

8 June 2017

| 141P17 | State v. William Anthony Lesane, Jr. | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP17-147) | Denied **05/05/2017** |
|---|---|---|---|
| 142P17 | State v. Terance Germaine Malachi | 1. State's Motion for Temporary Stay (COA16-752)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **05/04/2017**<br><br>2. |
| 144P17 | State v. Kenrick J. Battle | 1. State's Motion for Temporary Stay (COA16-1002)<br><br><br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/08/2017** Dissolved **06/08/2017**<br><br>2. Denied<br><br>3. Denied |
| 145P17 | In the Matter of A.P. | 1. Petitioner's Motion for Temporary Stay (COA16-1010)<br><br>2. Petitioner's Petition for *Writ of Supersedeas* | 1. Allowed **05/09/2017**<br><br>2. |
| 147P17 | State v. Salim Abdu Gould | Def's *Pro Se* Motion for Appellate Review | Dismissed |
| 149P17 | State v. Mohammed N. Jilani | Def's *Pro Se* Motion for Petition for Writ of Prohibition | Denied |
| 152P17 | Steven M. McKenzie v. District Court | Plt's *Pro Se* Motion for Interlocutory Appeal | Dismissed |
| 153P17 | State v. Ailkeem Anthony Norman | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **05/17/2017**<br><br>2. |
| 154P17 | State v. Jermaine Derrick Carson, Jr. | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **05/18/2017** |
| 155P17 | State v. Joe Robert Reynolds | 1. Def's Motion for Temporary Stay (COA16-149)<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **05/19/2017**<br><br>2. |
| 156P17 | DiCesare, et al. v. The Charlotte-Mecklenburg Hospital Authority | Plts' Motion for Extension of Time to Respond to Petition for *Writ of Certiorari* | Allowed **05/26/2017** |
| 158P06-12 | State v. Derrick D. Boger | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **05/12/2017** |